UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
NICHOLAS RITZ, on behalf of himself and all others similarly situated,

                               Plaintiffs,

      -against-

MIKE RORY CORP. D/B/A ASTORIA BREWHOUSE,
SEAN STRAW, and BRENDAN STRAW,

                               Defendants.
-------------------------------------------------------------------------X

12-CV-0367 (JBW)(RML)

**NOTICE OF MOTION**

      **PLEASE TAKE NOTICE** that, upon the Declaration of Joseph M. Labuda, Esq. and Milman Labuda Law Group PLLC's Memorandum of Law in Support of Its Motion to Withdraw As Counsel and For Attorneys' Fees, Milman Labuda Law Group PLLC will move this Court, before the Honorable Robert M. Levy, U.S.M.J. at the United States Courthouse, Eastern District of New York, 225 Cadman Plaza East, Brooklyn, New York, on a date and time to be designated by the Court or as soon thereafter as the parties may be heard, for an order relieving Milman Labuda Law Group PLLC as counsel for Defendants, granting Milman Labuda Law Group PLLC its unpaid attorneys' fees for professional services rendered on behalf of Defendants, and for such other and further relief as the Court may deem just and proper

      **PLEASE TAKE FURTHER NOTICE** that pursuant to Rules 6.1(b) and 6.4 of the Local Civil Rules of the United States District Court for the Eastern District of New York, answering papers, if any, are required to be served upon the undersigned within fourteen (14) business days following the date of service of this motion.

Dated: December 23, 2013

1

2

**MILMAN LABUDA LAW GROUP PLLC**

By: /s/ Jamie S. Felsen
3000 Marcus Avenue, Suite 3W8
Lake Success, New York 11042
Tel: (516) 328-8899
Fax: (516) 328-0082