```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------X
NICHOLAS RITZ, on behalf of himself
and all others similarly situated                    ORDER
                                                     CV12-367 (JBW)
        -v-

MIKE RORY CORPORATION
d/b/a ASTORIA BREWHOUSE et al
-------------------------------------------------X
```

**FILED**
IN CLERK'S OFFICE
U.S. DISTRICT COURT E.D.N.Y.
★ JAN 15 2014 ★
BROOKLYN OFFICE

Defendants' motion for an order granting attorneys' fees is respectfully referred to the Magistrate Judge for report.

SO ORDERED

JACK B. WEINSTEIN
SR. U.S.D.J.

Dated: 1/14/14

